

# Texas Department of Criminal Justice

—————————————————————————— Brad Livingston
Executive Director

November 24, 2015

The Honorable Rhonda Savage
Madison County District Clerk
101 W. Main Street, Rm. #226
Madisonville, Texas 77864

RE:  **RAPHEL DEON HOLIDAY, TDCJ #999419**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional Institutions Division, of the Death Warrant pertaining to **RAPHEL DEON HOLIDAY,** issued in the District Court Madison County, Texas 278th Judicial District, on August 14, 2015, which was carried out on November 18, 2015. Also enclosed is the Certificate with the director's statement of compliance with the command of the warrant. The certificate also indicates the disposition of the remains as required by Article 43.23 of the Texas Code of Criminal Procedure.

Sincerely,

*Carla M Willis*

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

cc:  The Honorable Gregg Abbott, Governor
The Honorable Ken Paxton, Attorney General
Louise Pearson, Clerk, Court of Criminal Appeals
Classification & Records, TDCJ

CW/cf
Attach

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*
**Office of the General Counsel**
Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov
P.O. Box 13084 Capitol Station
Austin, Texas 78711-3084

P.O. Box 4004
Huntsville, Texas 77342-4004

# RETURN OF THE DIRECTOR OF THE INSTITUTIONAL DIVISION

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 21st day of June, 2002 and executed the 18th day of November, 2015 by the death of **RAPHAEL DEON HOLIDAY.**

DISPOSITION OF BODY:

DATE: November 18, 2015

TIME: 8:30pm

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

## CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. RAPHAEL DEON HOLIDAY* issued in the District Court Madison County, Texas 278th Judicial District, on August 14, 2015 and was executed according to the laws of the State of Texas on November 18, 2015. The death of **RAPHAEL DEON HOLIDAY** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at __8:30__ p.m. on November 18, 2015. The body of the deceased was given into the custody of <u>Carnes Funeral Home</u> agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

SUBSCRIBED AND SWORN TO BEFORE ME this the 18th day of November 2015.



CONNIE E. WEICH
Notary Public. State of Texas
My Commission Expires
11-06-2017
Notary Without Bond

NOTARY PUBLIC, Walker County, Texas

My Commission expires: 11-06-2017

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | MADISON COUNY, TEXAS |
| RAPHAEL DEON HOLIDAY | § | 278TH JUDICIAL DISTRICT |

## DEATH WARRANT

To the Director of the Institutional Division – Texas Department of Criminal Justice, or in case of his death, disability or absence, the Warden of the Huntsville Unit of the Institutional Unit - Texas Department of Criminal Justice or in the event of the death or disability or absence of both the Director of the Institutional Division – Texas Department of Criminal Justice and the Warden of the Institutional Division – Texas Department of Criminal Justice, to such person appointed by the Board of Directors of the Institutional Division – Texas Department of Criminal Justice, Greetings:

Whereas, on the 13 th day of June , A.D. 2002, in the 278th Judicial Court of Madison County, Texas **RAPHAEL DEON HOLIDAY** was duly and legally convicted of the crime of CAPITAL MURDER, as fully appears in the judgment of said court entered upon the minutes of said court, as follows, to-wit: Judgment attached and,

Whereas on the 14 th day of August , A.D. 2015, the said court pronounced sentence upon the said **RAPHAEL DEON HOLIDAY**, in accordance with said judgment and sentence, fixing the time for the execution of the said **RAPHAEL DEON HOLIDAY** for anytime after the hour of 6:00pm on the 18 th day of November A.D. 2015, as fully appears in the sentence of the Court and entered upon the minutes of said Court as follows, to wit: Sentence attached.

These are therefore to command you to execute the aforesaid judgment and sentence any time after the hour of 6:00 p.m. on the 18 th day of November, A.D. 2015, by intravenous injection of substance or substances in a lethal quantity sufficient to cause death until the said **RAPHAEL DEON HOLIDAY** is dead.

Herein fail not, and due return make hereof in accordance with the law.

Witness my signature and seal of office on this the 14 th day of August, A.D., 20 15.

Issued under my hand and seal of Office in the City of Madisonville, Madison County, Texas, this 14 th day of August , A.D. 2015.

RHONDA SAVAGE, CLERK OF
THE DISTRICT COURTS OF
MADISON COUNTY, TEXAS

CAUSE NO. 10423, 10425, 10427

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | MADISON COUNY, TEXAS |
| RAPHAEL DEON HOLIDAY | § | 278TH JUDICIAL DISTRICT |

## ORDER

On this *14th* day of *August*_____, A.D. 2015, came on to be heard the Motion to Set the Execution Date for **RAPHAEL DEON HOLIDAY,** by The State of Texas by and through the Criminal District Attorney, Brian Risinger, and the court having considered the same find the Motion to Set Date of Execution for **RAPHAEL DEON HOLIDAY** be granted.

IT IS ORDERED that the prisoner **RAPHAEL DEON HOLIDAY,** who has been adjudicated guilty of Capital Murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and the judgment of the court at death, shall be kept by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas until the *18th* day of *November*_____, A.D. 20*15*, upon which day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas at any time after 6:00p.m. in a room arranged for the purpose of execution, the Director, acting as provided by law, is commanded to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of **RAPHAEL DEON HOLIDAY** and until **RAPHAEL DEON HOLIDAY** is dead, such procedure to be determined and supervised by the Director of the Institutional Division of the Texas Department of Criminal Justice.

The Clerk of this Court shall, within ten days after the Court enters this Order Setting Execution, issue and deliver to the Sheriff of Madison County, Texas, a certified copy of this Order along with a Death Warrant in accordance with Tex. Code Crim. Proc. Art. 43.15. The Death Warrant shall recite (1) the fact of conviction, (2) set for the specific offense, (3) the judgment of the Court, and (4) the time fixed for execution. The Death Warrant shall be directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, and command the Director to proceed to put into execution the judgment of death against **RAPHAEL DEON HOLIDAY.**

The Sheriff of Madison County, Texas, is hereby ORDERED upon receipt of the Death Warrant, to deliver the Death Warrant and a certified copy of this Order to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

Judge Presiding
278th Judicial District Court
Madison County

Filed This _14th_ Day
of _August_, 20_15_
at _2:15 p_ m O'clock
_____ Clerk
12th / 278th Judicial District Court
MADISON COUNTY, TEXAS
_____ Deputy